RECEIVED IN
The Court of Appeals
Sixth District

Feb 1 3 2015

Texarkana, Texas
Debra K. Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

FEB 1 3 2015

Texarkana, Texas
Debra K. Autrey, Clerk

IN THE SIXTH COURT OF APPEALS

STATE OF TEXAS

RE: APPELLATE CAUSE NUMBER : 06_15_00019_CR, 06_15_00020_CR
TRIAL COURT CASE NUMBER : F8859, F8796

STYLE : MARVIN FRANK HALL     X MOTION FOR

         VS.                  X APPOINTMENT OF

THE STATE OF TEXAS    X COUNSEL.

PURSUANT TO TEXAS RULE OF APPELLATE PROCEDURE APPELLANT MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS MOTION, APPELLANT STATES :

(1.) APPELLANT IS UNABLE TO AFFORD COUNSEL. HE HAS REQUESTED LEAVE TO PROCEED IN FORMA PAUPERI.

(2). APPELLANT'S IMPRISONMENT WILL GREATLY LIMIT HIS ABILITY TO LITIGATE. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX, AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION. APPELLANT HAS LIMITED ACCESS TO THE LAW LIBRARY AND LIMITED KNOWLEDGE OF THE LAW.

(3). A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY, AND COUNSEL WOULD BETTER ENABLE APPELLANT TO PRESENT EVIDENCE AND CROSS EXAMINE WITNESSES.

(4) APPELLANT HAS MADE REPEATED EFFORTS TO OBTAIN A LAWYER.

WHEREFORE APPELLANT REQUEST THAT THE COURT APPOINT KEN STARR, A MEMBER OF THE TEXAS BAR, AS COUNSEL

IN THIS CASE.

Feb. 11, 2015

_Marvin F. Hall_

MARVIN FRANK HALL-PRO-SE

TDCJ-ID - 1259577

BYRD UNIT

21 FM 247

HUNTSVILLE, TEXAS 77320

### CERTIFICATE OF PRESENTMENT

BY SIGNATURE ABOVE, I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING HIS BEEN MAILED TO THE CLERK FOR THE 8TH DISTRICT COURT OF MOUNT VERNON, FRANKLIN COUNTY, TEXAS, ON THIS DAY FEBRUARY 11, 2015.

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT ON FEBRUARY 11, 2015, A TRUE AND CORRECT COPY OF THIS MOTION WAS MAILED AND SERVED ON THE FRANKLIN COUNTY, TEXAS, DISTRICT ATTONEY'S OFFICE.

### DECLARATION

I, MARVIN FRANK HALL, BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, DECLARE UNDER PENJURY THAT THE ABOVE MOTION FOR APOINT OF COUNSEL IS TRUE AND CORRECT.

EXECUTED ON FEBRUARY 11, 2015.